| | | | |
|---|---|---|---|
| Bailey v. 19th Jud. Dist. & 3rd Jud. Dist. | OP 16-0486 Denied | 08/30/16 | Original Proceeding Mandamus |
| American Sheet Metal v. 1st Judicial District Court | OP 16-0492 Denied | 08/30/16 | Original Proceeding Supervisory Control |
| Harman v. Kirkegard | OP 16-0406 Denied | 08/30/16 | Original Proceeding Habeas Corpus |
| State v. Stevenson 2016 MT 221N | DA 15-0435 Affirmed | 09/06/16 | Dist. 8 (Cascade) |
| Zindell v. State 2016 MT 222N | DA 15-0185 Affirmed | 09/06/16 | Dist. 8 (Cascade) |
| Andersen v. Sack 2016 MT 223N | DA 16-0058 Affirmed | 09/06/16 | Dist. 8 (Cascade) |
| Marriage of Mellito 2016 MT 224N | DA 16-0065 Affirmed | 09/06/16 | Dist. 18 (Gallatin) |
| Benson, et al. v. Hopseker, et al. 2016 MT 225N | DA 15-0760 Affirmed | 09/06/16 | Water Court |
| Stanton v. Kirkegard | OP 16-0318 Granted in Part | 09/06/16 | Original Proceeding Habeas Corpus |
| Krone v. City of Roundup 2016 MT 227N | DA 16-0128 Affirmed | 09/13/16 | Dist. 14 (Musselshell) |
| Sagami v. Johns 2016 MT 228N | DA 16-0092 Reversed | 09/13/16 | Dist. 11 (Flathead) |
| Essmann v. State and Roots | OP 16-0522 Denied | 09/13/16 | Original Proceeding Extraordinary Relief |
| Kalanick Ranch, et al. v. 9th Judicial District Court | OP 16-0515 Denied | 09/13/16 | Original Proceeding Supervisory Control |
| Stewart v. Kirkegard | OP 16-0396 Denied | 09/13/16 | Original Proceeding Habeas Corpus |